# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TAMARA HOPERSBERGER,** | : | CIV NO. 1:23-CV-879 |
| **Plaintiff,** | : | |
| v. | : | **(Magistrate Judge Carlson)** |
| **KILOLO KIJAKAZI**, **Acting Commissioner of Social Security** | : | |
| **Defendant** | : | |

## ORDER

AND NOOW, this 22d day of August 2023, the Commissioner's motion to dismiss, (Doc. 10), is GRANTED and the plaintiff's complaint is DISMISSED as time-barred and for failure to prosecute. The clerk is directed to CLOSE this case.

<u>S/ Martin C. Carlson</u><br>
Martin C. Carlson<br>
United States Magistrate Judge