# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TAMARA HOPERSBERGER,** | : | **CIV NO. 1:23-CV-879** |
| **Plaintiff,** | : | |
| v. | : | **(Magistrate Judge Carlson)** |
| **KILOLO KIJAKAZI**, **Acting Commissioner of Social Security** | : | |
| **Defendant** | : | |

# ORDER

AND NOW, this 1st day of November 2023, the plaintiff's motion to reconsider (Doc. 15) is DENIED.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge